IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,880.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Elizabeth Young, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

JURISDICTION AND VENUE

1.    The United States has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of the narcotics provisions of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as the defendant property is located and the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

Defendant $5,880.00 in United States currency ("defendant $5,880.00 in U.S. currency") was seized on October 16, 2020, in Rifle, Colorado, and is currently being held by the United States Marshals Service in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

1. On October 16, 2020, at approximately 8:00 p.m., an officer with the Rifle Police Department in Rifle, Colorado, observed a 2012 Hyundai Genesis that was traveling northbound on Whiteriver Avenue fail to make a complete stop at the stop sign before turning right on to East Ninth Avenue. The officer conducted a traffic stop on the 2012 Hyundai for the traffic infraction.

2. The officer contacted the driver, Brittany Ferpes, who was the only occupant. The officer immediately detected a strong odor of marijuana and noticed a large marijuana bud in the center console area of the vehicle. Ms. Ferpes told the officer that the bud was placed there to dry out.

3. The officer informed Ms. Ferpes that an unsealed bud of marijuana in a vehicle was considered an open container and asked Ms. Ferpes to exit the vehicle. Ms. Ferpes appeared to the officer to be impaired and the officer asked Ms. Ferpes if she would be willing to perform roadside maneuvers. Ms. Ferpes agreed and then subsequently failed the roadside maneuvers.

4. The officer then conducted a search of Ms. Ferpes' vehicle and discovered some of defendant $5,880.00 in U.S. currency in the center cup holder.

5. In the closed center console, the officer discovered two plastic baggies containing methamphetamine on top of an unzipped makeup bag. Inside the makeup bag the officer discovered four syringes, a spoon, and a glass pipe.

6. The officer also discovered a purse and a lockbox on the front passenger seat. The purse contained two handheld tasers and a wallet. The wallet contained some of defendant $5,880.00 in U.S. currency.

7. The lockbox contained: a red plastic baggie containing methamphetamine; a clear plastic baggie with several pills, identified later as Alprazolam, Lorazepam, and Baclofen; a spoon; and a digital scale. The lockbox also contained a significant portion of defendant $5,880.00 in U.S. currency.

8. The officer then placed Ms. Ferpes under arrest for driving under the influence of drugs and possession with intent to distribute methamphetamine. The officer searched Ms. Ferpes and discovered some of defendant $5,880.00 in U.S. currency in her front left pocket.

9. Collectively, all of the United States currency seized from the vehicle and from Ms. Ferpes' person constitute defendant $5,880.00 in U.S. currency.

10. The substance contained in the plastic baggies was tested and confirmed to be methamphetamine. The combined total weight of the methamphetamine was approximately 48.5 grams.

11. Based on the facts and circumstances described above, evidence shows that defendant $5,880.00 in U.S. currency was derived from or involved in illegal drug trafficking.

<u>VERIFICATION OF JARED TETZLAFF</u>
<u>TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION</u>

I, Task Force Officer Jared Tetzlaff, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Jared Tetzlaff
Task Force Officer - DEA

4

## **FIRST CLAIM FOR RELIEF**

12. The Plaintiff repeats and incorporates by reference the paragraphs above.

13. By the foregoing and other acts, defendant $5,880.00 in U.S. currency, constitutes moneys, negotiable instruments, securities, or other things of value furnished, or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, and/or securities used or intended to be used to facilitate violations of 21 U.S.C. § 801, *et seq.*, and is therefore forfeitable to the United Stated pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $5,880.00 in U.S. currency in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 15th day of March 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/   *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*